O

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL HARPER, | ) | NO. CV 20-4746-JGB (KS) |
|     Petitioner, | ) | |
| v. | ) | JUDGMENT |
| CALIFORNIA DEPT. OF CORRECTIONS AND REHABILITATION; C/O WINFELD, | ) ) ) ) | |
|     Respondents. | ) | |

Pursuant to the Court's Order,

IT IS ADJUDGED that that this action is dismissed without prejudice.

DATE: June 5, 2020

_____
JESUS G. BERNAL
UNITED STATES DISTRICT JUDGE